UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. *11-10083-JLT* |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| CHRISTIAN GREEN (1) | ) | 18 U.S.C. § 922(g)(1) - |
| JEFFREY MEDINA (2) | ) | Felon in Possession of |
| SHERWIN GARCIA (3) | ) | a Firearm and Ammunition |
| | ) | |

COUNT ONE:     (18 U.S.C. § 922(g)(1) -- Felon in Possession of
               a Firearm and Ammunition)

The Grand Jury charges that:

On or about December 22, 2010, at Salisbury, in the District

of Massachusetts,

**CHRISTIAN GREEN, JEFFREY MEDINA AND SHERWIN GARCIA,**

the defendants herein, each having previously been convicted of a

crime punishable by imprisonment for a term exceeding one year,

did each knowingly possess in and affecting commerce a firearm

and ammunition, to wit: a Fabrique National Herstal Belgium Model

PS90 5.7 x 28 caliber rifle bearing serial number FNO57320 and

containing at least one round of 5.7 x 28 caliber ammunition; and

a Ruger Model P85 9 millimeter pistol bearing serial number 303-

76352 and containing at least one round of 9mm ammunition.

All in violation of Title 18, United States Code, Section

922(g)(1).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    March /7, 2011

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk    @ 12:37.P.M